

# Honolulu
## Police Department
### Records Division

## Cashier Receipt

Receipt Number: 64410          Date: 2023-03-07 10:34:48          By: skaaikala

| | |
|---|---|
| Customer Name: | WALK-IN |
| Report Numbers: | 23049604 |
| Provided By: | nt |
| Type: | MISCELLANEOUS |
| Payment Type: | Cash |
| Amount: | $0.50 |
| Tendered: | $0.50 |
| Change: | $0.00 |

EXHIBIT A

# Honolulu Police Department
## Incident Report

R0005161208

Page 1 of 1
**23-049604**

### REPORT INFORMATION

| | |
|---|---|
| Dispatched Location | Edgewater Dr, Iroquois 96706 |
| Date / Time Dispatched | 02-06-23 / 1310 |
| Report Type | Initial |
| Force Used | No |
| Body-Worn Cam. | Not Issued |
| Pursuit | No |
| Latents | Not Dusted |
| Date / Time Arrived | 02-06-23 / 1310 |

### OFFENSE 001

| | |
|---|---|
| Offense | Miscellaneous Public |
| Class | NC |
| Section Number | |
| Reclass | No |
| Date / Time Occurred From | 06-30-22 / 0001 |
| Offense Disposition | Records Only |
| Code | 432 |
| NIBRS | |
| Offense Flags | [NONE] |
| Beat | 878 |
| Date / Time Occurred To | 06-30-22 / 2359 |
| Scene of the Offense | Edgewater Dr Iroquois 96706 |
| Location Type | Cyberspace |
| Date / Time Reported | 02-06-23 / 1144 |
| Related Persons | (Reporting Person) DURHAM, DIMITRI |

### REPORTING PERSON



Name (Last, First Middle): DURHAM, DIMITRI

Offense of: 001-Misc Pub

### SYNOPSIS

DURHAM reported that cash advance company CashCentral.com filed a report with the credit burial, calming DURHAM (Acct # was advanced $400, and seeking a repayment of $470.56. DURHAM related that the advance was made using his SSN#, and his former address Bentfield Dr, Antioch TN, 37013. DURHAM arrived in Hawaii June 30th, 2022, the same date the account was opened in TN. Since all the information that was used to open the account and scene was not in state, it's not within the jurisdiction of HPD. DURHAM has also filed a report in his former resident state. Disposition Records.

### DECLARATION

I, SCOTT FUKUDA, police officer, declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

**REDACTED COPY**
HONOLULU POLICE DEPARTMENT
RECORDS & IDENTIFICATION DIVISION

| Submitted By: FUKUDA, SCOTT | Approved By: VEGAS, ALFRED |
|---|---|
| ID Number: 105974   Rank: MPR   Date / Time: 02-06-23 / 1412 | ID Number: 003782   Rank: MP SERGEANT   Date / Time: 02-06-23 / 1426 |

HPD-192   This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Honolulu Police Department Policy.