February 13, 2023

Experian
PO Box 9701
Allen, TX 75013-9701

Re: Demtre Durham
Social Security Number: ███████
Date of Birth: ██████

To Whom It May Concern:

I hereby request the removal of the following trade-lines as they are erroneously being reported on my credit report: Cashcenral.com, Account Number: ██3028 – I dispute the reporting by this creditor of NCA (National Credit Adjusters) because I have no knowledge of this debt.

I hereby request the removal of the following credit inquiries as I did not authorize them: cashcentral.com and/or NCA to loan money under my name or my ssn.

Please let this serve as a demand that you investigate the debts listed as being owed tothese entities. I have never had an account with this entity and my report should reflect that fact.

Please ensure that this account is removed, in its entirety, from my credit reports.

Please provide a copy of my updated credit report to me as soon as possible at the address listed
above.


Very truly yours,


Demetre Durham
5432 Edgewater Drive
Ewa Bwach, HI 96706
Certified Mail Number


**EXHIBIT B**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Allen, TX 75013 OFFICIAL USE

| Certified Mail Fee | $4.15 | 0205 |
| $ | $0.00 | 2 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage   $0.63
$

Total Postage and Fees   $4.78
$

02/13/2023

Sent To  Experian

Street and Apt. No., or PO Box No.  PO Box 9701

City, State, ZIP+4®  Allen TX 75013-9701

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0000 7007 5709

Demetre Durham, Sr.
5432 Edgewater Drive
Ewa Beach, HI 96706

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374-0256

Re: Demetre Durham, Sr.
Social Security Number: ███████
Date of Birth: ██████

To Whom It May Concern:

I hereby request the removal of the following trade-lines as they are erroneously being reported on my credit report:  cashcentral.com, Account Number: ███3028 – I dispute the reporting by this creditor of NCA (National Credit Adjusters) because I have no knowledge of this debt.

I hereby request the removal of the following credit inquiries as I did not authorize them:  Cashcentral.com and/or NCA to loan money under my name or SSN (social security number).

Please let this serve as a demand that you investigate the debts listed as being owed to these entities. I have never had an account with this entity and my report should reflect that fact.

Please ensure that this account is removed, in its entirety, from my credit reports.

Please provide a copy of my updated credit report to me as soon as possible at the address listed above.

Very truly yours,


Demetre Durham, Sr.

Certified Mail Number

7020 1290 0000 6745 5196

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.15

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

HAWAII NATIONAL PARK, HI
FEB 23 2023
96718 USPS

Postage
$

Total Postage and Fees
$ 4.78

Sent To  EQUIFAX INFO SVC LLC

Street and Apt. No., or PO Box No.  PO BOX 740256

City, State, ZIP+4®  ATLANTA GA 30374-0256

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

February 13, 2023

TransUnion Consumer Solutions
PO Box 2000
Chester, PA 19022-2002

Re: Demetre Durham
Social Security Number: ████████
Date of Birth: ██████

To Whom It May Concern:
I hereby request the removal of the following trade-lines as they are erroneously being reported on my credit report:

Cashcenral.com Account Number: ██ 3028 – I dispute the reporting by this creditor of NCA (National Credit Adjusters) because I have no knowledge of this debt.

I hereby request the removal of the following credit inquiries as I did not authorize them: cashcentral.com and/or NCA to loan money under my name or my ssn.

Please let this serve as a demand that you investigate the debts listed as being owed to these entities. I have never had an account with this entity and my report should reflect that fact.

Please ensure that this account is removed, in its entirety, from my credit reports.

Please provide a copy of my updated credit report to me as soon as possible at the address listed
above.

Very truly yours,

Demetre Durham
5432 Edgewater Drive
Ewa Bwach, HI 96706
Certified Mail Number

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chester, PA 19016    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0205 |
| $ | $0.00 | 2 |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)         $ $0.00
- [ ] Return Receipt (electronic)       $ $0.00    Postmark
- [ ] Certified Mail Restricted Delivery $ $0.00    Here
- [ ] Adult Signature Required          $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage    $0.63
$

Total Postage and Fees    $4.78
$

02/13/2023

Sent To TransUnion Consumer Solutions

Street and Apt. No., or PO Box No. PO Box 2000

City, State, ZIP+4 Chester, PA 19022-2002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions