Demetre Durham
5432 Edgewater Drive
Ewa Beach, HI  96706

April 18, 2023

National Credit Adjusters, LLC
327 W. 4th Avenue
Hutchinson, KS  67501

To Whom It May Concern:

*I am writing to dispute your account numbered ███3028.  I dispute I owe this debt. I have never opened an account with cashcentral.com. My driver's license does not end in 5600. I have never had an account at Truist Bank. My social security number was compromised, and I did not open this account. I have attached the police report you requested. Please stop collecting from me and stop reporting it to the credit reporting agencies.*

If you still assert I owe this debt, then I am requesting the following information be provided within the next thirty days, or stated reasons why any of this information cannot be provided:

- A copy of the original signed agreement between me and cashcentral.com.
- A copy of the complete transaction and payment history.
- Proof that you have been assigned the account for collection purposes or have purchased the account.
- The current balance owed for this account.

Please forward a copy of the requested documentation to the address listed above.  If you have any questions, please contact me at the above address.

Sincerely,


Demetre Durham

**EXHIBIT C**



## UNITED STATES POSTAL SERVICE.

```
              EWA BEACH
           91-760 PAPIPI RD
        EWA BEACH, HI 96706-9998
             (800)275-8777
04/19/2023                           11:34 AM
--------------------------------------------
Product              Qty    Unit       Price
                            Price
--------------------------------------------
First-Class Mail®     1                $0.63
Letter
    Hutchinson, KS 67501
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
       Mon 04/24/2023
    Certified Mail®                    $4.15
       Tracking #:
       70222410000177614947
Total                                  $4.78

--------------------------------------------
Grand Total:                           $4.78
--------------------------------------------
Cash                                   $5.00
Change                                -$0.22
--------------------------------------------
```

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

