STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

ANDREW J. LAUTENBACH           8805-0
KUKUI CLAYDON                 10378-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawai'i  96813
Telephone:  (808) 537-6100
Email:  alautenbach@starnlaw.com
          kclaydon@starnlaw.com

Attorneys for Defendant
NATIONAL CREDIT ADJUSTERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>                    Defendant. | CIVIL NO. 1:23-cv-00244-MWJS-WRP<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT NATIONAL CREDIT ADJUSTER, LLC'S OFFER OF JUDGMENT** |

**CERTIFICATE OF SERVICE RE:
DEFENDANT NATIONAL CREDIT ADJUSTER, LLC'S
OFFER OF JUDGMENT**

The undersigned hereby certifies that on the date indicated below, a true and

correct copy of DEFENDANT NATIONAL CREDIT ADJUSTER, LLC'S OFFER

2975495

- 2 -

OF JUDGMENT was served upon the following party noticed herein via e-mail as follows:

    JUSTIN A. BRACKETT, ESQ.    (justinbrackettlaw@gmail.com)
    515 Ward Avenue
    Honolulu, HI 96814

    Attorney for Plaintiff
    DEMETRE DURHAM

    DATED:    Honolulu, Hawaii, May 29, 2024.


                                */s/ Kukui Claydon*
                                ANDREW J. LAUTENBACH
                                KUKUI CLAYDON

                                Attorneys for Defendant
                                NATIONAL CREDIT ADJUSTERS, LLC