IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>        Defendants. | CIVIL NO. 1:23-cv-00244- MWJS -WRP<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document, was served upon the following party noticed herein via CM/ECF:

    JUSTIN A. BRACKETT, ESQ.    (justinbrackettlaw@gmail.com)
    515 Ward Avenue
    Honolulu, Hawaii 96814

    Attorney for Plaintiff
    DEMETRE DURHAM

DATED:  Honolulu, Hawaiʻi, October 29, 2024.

                                          */s/ Kukui Claydon*
                                          ANDREW J. LAUTENBACH
                                          KUKUI CLAYDON

                                          Attorneys for Defendant
                                          NATIONAL CREDIT ADJUSTERS, LLC