STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation
ANDREW J. LAUTENBACH          8805-0
KUKUI CLAYDON                 10378-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Email: alautenbach@starnlaw.com
       kclaydon@starnlaw.com

MARTIN GOLDEN LYONS WATTS MORGAN
XERXES MARTIN (*Pro Hac Vice*)
8750 N. Central Expressway Suite 1850
Dallas, Texas 75231
Telephone: (214) 346-2628
Email: XMartin@mgl.law

Attorneys for Defendant
NATIONAL CREDIT ADJUSTERS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM, | Civil No. 1:23-cv-00244- MWJS -WRP |
| Plaintiff, | **NATIONAL CREDIT ADJUSTERS, LLC'S DEPOSITION DESIGNATION OF JENICE BESLEY; CERTIFICATE OF SERVICE** |
| v. | |
| NATIONAL CREDIT ADJUSTERS, LLC, | Trial Date: September 22, 2025<br>Trial Judge: Hon. Micah W. J. Smith |
| Defendant. | |

## NATIONAL CREDIT ADJUSTERS, LLC'S
## DEPOSITION DESIGNATION OF JENICE BESLEY

National Credit Adjusters. LLC ("*NCA*") by and through its undersigned counsel, hereby designate the following portions of the deposition of Jenice Besley taken on September 19, 2024, attached hereto, which may be used at trial as substantive evidence in lieu of live testimony:

| PAGE and LINE(S) Pg: line - line |
| --- |
| 4:13-24 |
| 13:15-16 |
| 14:1-4 |
| 15:5-7 |
| 16:18-24 |
| 17:8-19 |
| 18:3-6 |
| 22:16-20 |
| 27:19-25 |
| 28:10-24 |
| 29:5-8 |
| 30:5-31:20 |
| 32:1-9 |
| 52:16-19 |
| 53:8-10 |
| 59:21-62:7 |
| 64:21-65:13 |

NCA, by designation of this deposition testimony, does not waive the right to call the witness to present live testimony.

DATED: Honolulu, Hawai'i, September 2, 2025.

/s/ *Kukui Claydon*
ANDREW J. LAUTENBACH
KUKUI CLAYDON
XERXES MARTIN (*Pro Hac Vice*)

Attorneys for Defendant
National Credit Adjusters, LLC