STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

ANDREW J. LAUTENBACH          8805-0
KUKUI CLAYDON                 10378-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Email:  alautenbach@starnlaw.com
        kclaydon@starnlaw.com

MARTIN GOLDEN LYONS WATTS MORGAN
XERXES MARTIN (*Pro Hac Vice*)
8750 N. Central Expressway Suite 1850
Dallas, Texas 75231
Telephone: (214) 346-2628
Email: XMartin@mgl.law

Attorneys for Defendant
NATIONAL CREDIT ADJUSTERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM,<br>       Plaintiff,<br><br>       v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br>       Defendant. | CIVIL NO. 1:23-cv-00244-MWJS-WRP<br><br>**DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC'S EXHIBIT LIST; CERTIFICATE OF SERVICE**<br><br>Trial Date: September 22, 2025<br>Trial Judge: Hon. Micah W. J. Smith |

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

DEMETRE DURHAM

V.

NATIONAL CREDIT ADJUSTERS, LLC

**EXHIBIT LIST**

Case Number: 1:23-CV-00244-MWJS-WRP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Micah W. J. Smith | Justin A. Brackett, Esq. | Kukui Claydon, Esq. |
| TRIAL DATE (S) 9/22/2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D-1 |  |  |  | Account Notes for Demetre Durham [NCA0005-NCA0008] |
|  | D-2 |  |  |  | Credit Bureau NCA's Reporting-Durham [NCA0009] |
|  | D-3 |  |  |  | Durham's 2/13/2023 Letter to Experian [NCA0010-NCA0012] |
|  | D-4 |  |  |  | Durham's 4/18/2023 Letter to NCA [NCA0013-NCA0014] |
|  | D-5 |  |  |  | Durham's Letter to Experian [NCA0015-NCA0032] |
|  | D-6 |  |  |  | Deferred Presentment Services Agreement [NCA0033-NCA0042] |
|  | D-7 |  |  |  | NCA's Notice of Debt [NCA0043-NCA0044] |
|  | D-8 |  |  |  | NCA'S Offer of Debt Discount [NCA0045-NCA0047] |
|  | D-9 |  |  |  | Phone Call Recording 1_inbound_ttc_CA155_02.03.23 [NCA0048] |
|  | D-10 |  |  |  | Phone Call Recording 2_Inbound_transfer_CJ195_02.06.23 [NCA0049] |
|  | D-11 |  |  |  | Phone Call Recording 3_Inbound_ttc_C2155_02.07.23 [NCA0050] |
|  | D-12 |  |  |  | Phone Call Recording 4_Inbound_ttc_CA030_02.27.23 [NCA0051] |
|  | D-13 |  |  |  | Phone Call Recording 5_Inbound_ttc_CP208_03.30.23 [NCA0052] |
|  | D-14 |  |  |  | NCA's e-OSCAR Policy [NCA0053-NCA0054] |
|  | D-15 |  |  |  | NCA's e-OSCAR Process [NCA0065-NCA0076] |
|  | D-16 |  |  |  | NCA's Fraud and Disputes [NCA0077-NCA0084] |
|  | D-17 |  |  |  | NCA's Fraud Policy [NCA0085-NCA0091] |
|  | D-18 |  |  |  | NCA's Determining Inquiries Complaints and Disputes [NCA0055-NCA0057] |
|  | D-19 |  |  |  | NCA's Disputes Direct Received Policy [NCA0058-NCA0064] |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages