Case 1:23-cv-00244-MWJS-WRP   Document 186   Filed 09/29/25   Page 1 of 1
                                              PageID.2332
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00244 MWJS-WRP |
| V. | |
| NATIONAL CREDIT ADJUSTERS, LLC | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Sep 29, 2025, 4:50 pm Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ✓ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, National Credit Adjusters, LLC, pursuant to ECF No. [178] SPECIAL VERDICT FORM filed on September 26, 2025.

| | |
|---|---|
| September 29, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |